NINA L. MURPHY ET AL., RESPONDENTS, v. BOROUGH OF POINT PLEASANT BEACH, APPELLANT.

Argued February 7, 1940—Decided April 25, 1940.

For the respondents, *Ewart & Bennett.*

For the appellant, *Charles B. Ferguson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—CASE, BODINE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 9.

*For reversal*—HEHER, J. 1.